UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PRISCILLA NEWSOME , )
           Plaintiff, )
)  **JUDGMENT**
v. ) **CASE NO. 5:12-CV-337-BO**
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
           Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's Motion for Judgment on the Pleadings is GRANTED, the defendant's Motion for Judgment on the Pleadings is DENIED, and the decision of the Administrative Law Judge is REVERSED. This case is REMANDED to the Acting Commissioner for an award of benefits.

**This Judgment was filed and entered on July 29, 2013, and copies were sent to:**

Charlotte W. Hall (electronic delivery through CM/ECF)
Todd Lewellen (electronic delivery through CM/ECF)

DATE                                              JULIE A. RICHARDS, CLERK
July 29, 2013                               /s/ Macy B. Fisher
                                                           (By) Macy B. Fisher, Deputy Clerk